Stephanie I. Sprecher WSB #6-2988
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
307-261-5434
stephanie.sprecher@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 MAR 21  PM 3:43

MARGARET BOTKINS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 23-mj-17-J |
| LORNA ROXANNE GREEN, | |
| Defendant. | |

## MOTION TO SEAL COMPLAINT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the United States moves for an order sealing the Complaint until such time as the Defendant is in custody or has been released pending trial.

**DATED** this 21st day of March, 2023.

NICHOLAS VASSALLO
United States Attorney

By:  *Stephanie Sprecher*
STEPHANIE I. SPRECHER
Assistant United States Attorney