FILED



9:47 am, 3/23/23

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff

vs.

LORNA ROXANNE GREEN

Defendant.

Case Number:   23-mj-17-ABJ

Date 3/23/2023     Time 9:05 - 9:14 AM     Before the Honorable   Kelly H. Rankin

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Arraignment   ☐ Rule 5

☑ Initial Appearance   ☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☐ Other

Offense: Arson of a Facility Engaged in Interstate Commerce

| MiYon Bowden | FTR Recording | Kristen Simmer |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Stephanie I. Sprecher | Platte County | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing   Ryan Semerad
☐ FPD   ☐ PANEL-CJA   ☑ RETAINED   ☐ WAIVED

**Initial appearance**   Date 3/23/2023

(Comments) Defendant advised of her rights and charges.

MAGISTRATE CRIMINAL PROCEEDING SHEET

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____ Time _____ Judge _____

☑ Preliminary hearing set for: Date 3/28/23   Time 3:00 PM
Judge Stephanie A. Hambrick   in via ZOOM Video

☐ Revocation hearing set for: Date _____ Time _____
Judge _____ in

☑ Detention hearing set for:
Date 3/28/23   Time 3:00 PM   Judge Stephanie A. Hambrick

☐ Removal hearing set for:
Date _____ Time _____ Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____